JOHN W. HUBER, United States Attorney (#7226)
SANDRA L. STEINVOORT, Assistant United States Attorney (#5352)
Office of the United States Attorney
111 South Main Street, Suite #1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: sandra.steinvoort@usdoj.gov
Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, MICHELLE BOUCHER, P.A., <br><br> Plaintiffs, <br><br> v. <br><br> ARIZONA MEDICAL SUPPLY, LLC, dba WESTERN MEDICAL and SENIOR FIRST MEDICAL; KMR MEDICAL, LLC; KPM CAPITAL, LLC; PRIVACY MAXX, LLC; and JODY ROOKSTOOL, <br><br> Defendants. | Case No. 2:14–CV–00092–DAK–EJF <br><br> **UNITED STATES' AND RELATOR'S JOINT NOTICE OF VOLUNTARY DISMISSAL OF THIS ACTION** <br><br> District Judge Dale A. Kimball <br> Magistrate Judge Evelyn J. Furse |

The United States and Relator Michelle Boucher hereby seek dismissal of this action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and 31 U.S.C. § 3730(b)(1) and in accordance with the terms of their settlement agreement with Defendants. In accordance with the settlement agreement, the United States and Relator seek dismissal of this action as to all Defendants: 1) with prejudice to Relator; and 2) with prejudice to the United States.

In addition, we request that all docket entries currently under seal should remain under seal and not be made public.

A proposed order accompanies this notice.

Respectfully submitted,

        JOHN W. HUBER
        United States Attorney
        District of Utah

Dated: August 8, 2018        */s/ Sandra L. Steinvoort*
        SANDRA L. STEINVOORT
        Assistant United States Attorney

Dated:

        ROBERT SHERLOCK
        Attorney for Plaintiff Michelle Boucher